In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00210-CV**
**IN THE INTEREST OF L.D.R.**

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C190096-D**

**MEMORANDUM OPINION**

C.B. appeals from an order terminating her parental rights to her minor child, L.D.R.[1] The trial court found, by clear and convincing evidence, that statutory grounds exist for termination of C.B.'s parental rights and that termination of her parental rights would be in the best interest of L.D.R. *See* Tex. Fam. Code Ann. § 161.001(b)(1) (D), (O), (2).

C.B.'s appointed appellate counsel submitted a brief in which counsel contends that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex.

---

[1]We refer to the appellant and her child by their initials to protect their identities. *See* Tex. R. App. P. 9.8(b)(2).

App.—Beaumont 2005, no pet.). The brief provides counsel's professional evaluation of the record. Counsel served C.B. with a copy of the *Anders* brief filed on her behalf. This Court notified C.B. of her right to file a *pro se* response, as well as the deadline for doing so. C.B. filed a *pro se* response. We have independently reviewed the appellate record, counsel's brief, and C.B.'s *pro se* response, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

Accordingly, we affirm the trial court's order terminating C.B.'s parental rights. We deny the motion to withdraw filed by C.B.'s court-appointed counsel, because an attorney's duty extends through the exhaustion or waiver of all appeals. *See* Tex. Fam. Code Ann. § 107.016(3)(B); *In the Interest of P.M.*, 520 S.W.3d 24, 27 (Tex. 2016). In the event C.B. decides to pursue an appeal to the Texas Supreme Court, counsel's obligations to C.B. can be met "by filing a petition for review that satisfies the standards for an *Anders* brief." *See In the Interest of P.M.*, 520 S.W.3d at 27-28.

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on November 23, 2021
Opinion Delivered December 9, 2021

Before Golemon, C.J., Horton and Johnson, JJ.